No. 66. JOHN C. GORE, JR., ET AL., APPELLANTS, *v.* THE UNITED STATES ET AL. Appeal from the Circuit Court of the United States for the Northern District of California. Submitted November 9, 1905. Decided December 4, 1905. *Per Curiam.* Dismissed for want of jurisdiction. *Gwin* v. *United States,* 184 U. S. 669, 672; *Lau Ow Bew* v. *United States,* 144 U. S. 47, 56; *American Construction Co.* v. *Jacksonville Railway Company,* 148 U. S. 372, 383; *Borgmeyer* v. *Idler,* 159 U. S. 418; *Muse* v. *Arlington Hotel Co.,* 168 U. S. 430. Act of March 3, 1891, 26 Stat. 826, 517, §§ 5, 6. *Mr. Hamilton Gay Howard* for appellants. *Mr. H. G. Platt* and *Mr. Richard Bayne* for appellees.

No. 103. THE MOBILE TRANSPORTATION COMPANY, APPELLANT, *v.* THE CITY OF MOBILE ET AL. Appeal from the United States Circuit Court of Appeals for the Fifth Circuit. Argued December 6, 1905. Decided December 11, 1905. *Per Curiam.* Dismissed for want of jurisdiction. Act of March 3, 1891, 26 Stat. 826, c. 517, § 6; *Colorado Central Consolidated Mining Company* v. *Turck,* 150 U. S. 138; *Rouse* v. *Letcher,* 156 U. S. 47; *Carey* v. *Houston and Texas Central Railway Company,* 161 U. S. 115; *Ex parte Jones,* 164 U. S. 691; *Gableman* v. *Peoria Railway Company,* 179 U. S. 335, 339; *Arbuckle* v. *Blackburn,* 191 U. S. 405; *Spencer* v. *Duplan Silk Company,* 191 U. S. 526; *Mobile Transportation Company* v. *Mobile,* 187 U. S. 482; *S. C.,* 195 U. S. 631. *Mr. Frederick G. Bromberg* and *Mr. Eugene H. Lewis* for appellants. *Mr. Harry T. Smith* and *Mr. Gregory L. Smith* for appellees.